No. 76–1735. MARABLE-PIRKLE, INC. v. TURNER ET AL. Appeal from Sup. Ct. Ga. Motion of appellee Turner for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of substantial federal question.

No. 77–114. QUIRK ET AL. v. MUNICIPAL ASSISTANCE CORPORATION FOR THE CITY OF NEW YORK ET AL. Appeal from Ct. App. N. Y. Motion of United States Trust Company of New York for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of substantial federal question.

No. 76–1704. CAMPBELL, SUPERINTENDENT OF PUBLIC INSTRUCTION OF VIRGINIA, ET AL. v. KRUSE ET AL. Appeal from D. C. E. D. Va. Judgment vacated and case remanded to the United States District Court for the Eastern District of Virginia with directions to decide the claim based on the federal statute, § 504 of the Rehabilitation Act of 1973, 87 Stat. 394, 29 U. S. C. § 794 (1970 ed., Supp. V); *Westby* v. *Doe,* 433 U. S. 901 (1977). MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 76–1692. PERCY, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN v. TERRY. Sup. Ct. Wis. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to consider whether judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda,* 409 U. S. 33 (1972).